IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DANNY A. GREEN,

       Petitioner,

v.          CASE NO. 1:12cv199-SPM/GRJ

STATE OF FLORIDA, et al.,

       Defendants.

_____/

### ORDER

THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 4) dated September 20, 2012. Petitioner was furnished a copy and has filed an objection, as well as a request for immediate hearing and discharge for lack of subject-matter jurisdiction (doc. 7).

Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation should be adopted. Petitioner is in custody pursuant to a judgment of the state court. Petitioner contends that the judgment is not valid and is challenging the very fact of his confinement. As explained in the report and recommendation,§ 2254 applies. Petitioner has not demonstrated that he has been granted leave by the Eleventh Circuit to file a second or successive petition.

Accordingly it is

ORDERED AND ADJUDGED:

1. The report and recommendation (doc. 7) is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus is dismissed.

3. The Court will not issue a certificate of appealability because Petitioner has failed to make a substantial showing of the denial of a constitutional right.

DONE AND ORDERED this 5th day of October, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO. 1:12cv199-SPM/GRJ